UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YESSUH SUHYES HUSSEY,<br><br>                             Plaintiff,<br><br>    -against-<br><br>HONORABLE ELLEN BIBEN; DANA LEVIN; KELLEY DUFFY; CHRISTOPHER DISANTO; MICHAEL DIMGGIO; LOUIS A. MOLINA,<br><br>                             Defendants. | 23-CV-4381 (LTS)<br><br>ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*.[1] To proceed with a civil action in this Court, a plaintiff must either pay $402.00 in fees – a $350.00 filing fee plus a $52.00 administrative fee – or, to request authorization to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

Plaintiff submitted the complaint without the filing fees or an IFP application. Within 30 days of the date of this order, Plaintiff must either pay the $402.00 in fees or submit the attached IFP application. If Plaintiff submits the IFP application, it should be labeled with docket number 23-CV-4381 (LTS). If the Court grants the IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

---

[1] Plaintiff originally filed this action in the United States District Court for the Eastern District of New York. *See Hussey v. Biben*, No. 23-CV-2770 (PKC) (LB) (E.D.N.Y. May 16, 2023). By order dated May 16, 2023, the Eastern District transferred this action to this court. (ECF 5.) Although Plaintiff is currently detained in the Eric M. Taylor Center on Rikers Island, he was not a prisoner at the time he filed this action.

No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:  June 6, 2023
        New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge