UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YESSUH SUHYES HUSSEY,<br><br>                                        Plaintiff,<br><br>           -against-<br><br>ELLEN BIBEN; MS DANA LEVIN; MS KELLEY DUFFY; MR CHRISTOPHER DISANTO; MICHAEL DIMGGIO; LOUIS A. MOLINA,<br><br>                                        Defendants. | 23-CV-4381 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated August 28, 2023, the Court directed Plaintiff to file an amended complaint within 60 days. By order dated November 9, 2023, the Court granted Plaintiff an additional 30 days to file an amended complaint. Both orders specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended complaint. Accordingly, the complaint, filed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a)(1), is dismissed for the reasons stated in the Court's August 28, 2023 order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Clerk of Court is directed to enter judgment in this action.

SO ORDERED.

Dated:   January 9, 2024
         New York, New York

                                             /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                             Chief United States District Judge