UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YESSUH SUHYES HUSSEY,<br><br>                    Plaintiff,<br><br>-against-<br><br>ELLEN BIBEN; MS DANA LEVIN; MS KELLEY DUFFY; MR CHRISTOPHER DISANTO; MICHAEL DIMGGIO; LOUIS A. MOLINA,<br><br>                    Defendants. | 23-CV-4381 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the January 9, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 9, 2024
             New York, New York

                                                                    /s/ Laura Taylor Swain
                                                                    LAURA TAYLOR SWAIN
                                                                    Chief United States District Judge